<hr />

### STORIER v HEASLEY et

Ohio Appeals, 7th Dist, Trumbull Co

Decided Sept 10, 1935

Lewis L. Guarnieri, Warren, and Barnum, Hammond, Stephens & Hoyt, Youngstown, for plaintiff in error.

George Buchwalter, Warren, for defendant in error.

For full opinion see 6 OO 353; 52 Oh Ap 282.